

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00046-CV

IN THE INTEREST OF M.H. AND Z.H., CHILDREN

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2012-502,824, Honorable Kara L. Darnell, Presiding

June 2, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, A.Y., had her parental rights to M.T.H. and Z.Z.H. terminated and has appealed from that order. Her appointed counsel has filed a motion to withdraw, together with an *Anders*[1] brief wherein she certified that, after diligently searching the record, she has concluded that the appeal is without merit. Along with her brief, appellate counsel has attached a copy of a letter sent to A.Y. informing her of her right to file a response *pro se* and stating that the record has been provided to A.Y. By letter dated April 28, 2015, this court also informed A.Y. of her right to tender her own

---

[1] *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

response and set May 18, 2015, as the deadline to do so. To date, we have not received a response.

In compliance with the principles enunciated in *Anders*, appellate counsel discussed the legal and factual sufficiency of the evidence to support the trial court's statutory findings as a basis for termination and the finding that termination is in the best interests of the children. However, she has also explained why the evidence is sufficient to support those findings. We also have conducted our own review of the record to uncover any reversible error and have found none.

Accordingly, the motion to withdraw is granted, and the judgment is affirmed.

Brian Quinn
Chief Justice